IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:03cv698 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Marva Lawson, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 15, 2010 a Report and Recommendation (Doc. 53). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 56) and defendant filed a response (Doc. 60).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

The Court **ORDERS** that the plaintiff be required to stay execution and enforcement of this judgment, while Dr. Lawson continues her work as a psychiatrist at the Hawaii site, and, pursuant to Section 12 of the Consent judgment, upon Dr. Lawson's completion of two years of service at the Hawaii site, plaintiff be required to file with the Court a satisfaction of judgment.

Accordingly, Dr. Lawson's motion to transfer this case to the United States District Court

for the District of Hawaii (Doc. 40) is **DENIED.**

IT IS SO ORDERED.

    ___**s/Susan J. Dlott**_____
Chief Judge Susan J. Dlott
United States District Court